UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TREY D. MAXTON,

    Plaintiff,

v.                                                                    Case No. 3:20cv5808-LC-HTC

OKALOOSA COUNTY BOARD
OF COMMISSIONERS,
CORIZON HEALTH, INC., and
MCCORMICK

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Trey Maxton, a prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, alleging that his Fourth and Eighth Amendment rights had been violated. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(C). For the reasons that follow, the undersigned respectfully recommends this case be dismissed without prejudice for failure to prosecute and failure to comply with Court orders.

On September 9, 2020, Plaintiff filed a handwritten complaint without a completed motion to proceed *in forma pauperis* and without paying the $400.00

filing fee. ECF Doc. 1. Accordingly, the Court entered an order directing the clerk to send Plaintiff a complete set of forms needed to file a motion to proceed *in forma pauperis* and giving Plaintiff twenty-one (21) days to file the completed motion or pay the requisite filing fee. ECF Doc. 3. The Court's deadline passed, and Plaintiff did not file a motion to proceed *in forma pauperis* or pay the $400.00 filing fee.

Thus, on October 8, 2020, the Court gave Plaintiff fourteen (14) days to show cause why his case should not be recommended for dismissal for failure to prosecute or comply with a Court order. *See* ECF Doc. 4. Plaintiff was advised that failure to respond to the Court's order may result in a recommendation that his case be dismissed without further notice. *Id.* Plaintiff's deadline to respond to the Court's order has passed, and Plaintiff has failed to show why the undersigned should not recommend his case for dismissal for failure to prosecute and failure to comply with Court order.

Indeed, other than filing his initial complaint in September, Plaintiff has taken no other action in this case.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

Case No. 3:20cv5808-LC-HTC

2.       That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of November, 2020.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:20cv5808-LC-HTC