UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


TREY D. MAXTON,

     Plaintiff,

v.                                                                   Case No. 3:20cv5808-LC-HTC


OKALOOSA COUNTY BOARD
OF COMMISSIONERS,
CORIZON HEALTH, INC. and
MCCORMICK,

     Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 6, 2020 (ECF No. 5). Efforts were made to furnish plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail was returned as "not deliverable and unable to forward." No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.     This matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with Court orders.

3.     The clerk is directed to close this case.

**DONE AND ORDERED** this 11th day of December, 2020.

s/L.A. Collier

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**